**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| TAMARA WENDLING ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> ) <br> _____) | NO.  CV-09-3090-CI <br><br> **JUDGMENT IN A** <br> **CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**.  The matter is **REMANDED** for additional proceedings pursuant to sentence four of   42 USC § 405(g), and Judgment is entered for Plaintiff.

DATED this 21st day of January, 2011.

                                                                  JAMES R. LARSEN <br>
                                                                  District Court Executive/Clerk

                                                                 by: <u>s/Penny Lamb</u> <br>
                                                                              Deputy Clerk

cc: all counsel